Administrative Procedures Act, G. L. 1956 (1969 Reenactment) §42-35-1, et seq., has any effect on the method of review in this case. *Louis A. Mascia,* for petitioner. *Julius C. Michaelson,* Attorney General, *F. Thomas O'Halloran,* Asst. Legal Counsel, Office of Special Counsel, for respondent.

M. P. No. 76-11. IN RE ROBERT G. COLE. Petition for Writ of Error is denied. *Robert G. Cole,* petitioner, pro se.

M. P. No. 76-15. ALMAC'S INC. *v.* FRANK STREMBICKI *d/b/a* STREMBICKI FLOOR SERVICE. Petition for writ of certiorari is denied. *Keenan, Rice, Dolan, Reardon & Kiernan,* for petitioner. *Friedman & Kessler, Harold I. Kessler,* for respondent.

M. P. No. 76-16. MALVERN R. ROSS *et ux. v.* ALMAC'S INC. *v.* FRANK STREMBICKI *d/b/a* STREMBICKI FLOOR SERVICE. Petition for writ of certiorari denied. *Keenan, Rice, Dolan, Reardon & Kiernan, James A. Currier,* for petitioner. Almac's Inc. *Friedman & Kessler, Harold I. Kessler,* for respondent.

M. P. No. 76-31. KOURY STEEL ERECTION, INC. *v.* UNITED IRON WORKS, INC., *et al.* Petition for writ of certiorari is denied. Plaintiff's motion to consolidate denied. *Abedon & Visconti, Ltd., Thomas W. Heald,* for petitioner. *Adler, Pollock & Sheehan Incorporated, George L. Chimento, Peter Lawson Kennedy, Charles J. McGovern,* for respondents.

M. P. No. 76-40. CARMINE DEPETRILLO, JR. *v.* EUGENE G. GALLANT. Petition for Writ of Procedendo denied. *Aram K. Berberian,* for petitioner.

C. A. No. 75-166. STATE *v.* KEVIN JAMES PAUL. Motion of State to affirm the judgment below pursuant to Rule 16(g) is denied. *Julius C. Michaelson,* Attorney General, William Granfield Brody, Special Asst. Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.